**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>RE SECURED NETWORKS, LLC,<br><br>           Defendant. | C.A. No. 24-187-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, the Court entered a Scheduling Order on July 31, 2024 (D.I. 35);

WHEREAS, Defendant has filed an unopposed motion for leave to amend its Answer, Defenses, and Counterclaims (D.I. 55) and

WHEREAS, the parties agree, subject to the approval of the Court, that certain modifications of the Scheduling Order are warranted in order for the parties to address the new counterclaim patent.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (D.I. 35) is amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial invalidity contentions | Nov. 5, 2024 | Jan. 15, 2025 |
| Exchange claim terms | Dec. 6, 2024 | Feb. 13, 2025 |
| Exchange constructions | Dec. 13, 2024 | Feb. 20, 2025 |
| Joint claim chart | Jan. 9, 2025 | Mar. 6, 2025 |
| Deadline to amend pleadings and add parties | Jan. 10, 2025 | Unchanged |
| Opening claim construction brief | Feb. 18, 2025 | Mar. 20, 2025 |

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Answering claim construction brief | Mar. 11, 2025 | Apr. 10, 2025 |
| Reply claim construction brief | Mar. 24, 2025 | Apr. 24, 2025 |
| Sur-reply claim construction brief | Mar. 31, 2025 | May 1, 2025 |
| Joint claim construction brief | Apr. 4, 2025 | May 7, 2025 |
| Response to claim construction tutorial | Apr. 11, 2025 | May 14, 2025 |
| Claim construction hearing | Apr. 30, 2025 | June 3, 2025 |
| Substantial completion of document production | May 8, 2025 | June 26, 2025 |
| Final infringement contentions | July 29, 2025 | Sept. 10, 2025 |
| Final invalidity contentions | Aug. 26, 2025 | Sept. 24, 2025 |
| Fact discovery cutoff | Sept. 30, 2025 | Oct. 8, 2025 |
| Interim status report | Oct. 6, 2025 | Oct. 21, 2025 |

All other provisions of the Scheduling Order remain unchanged.

Pursuant to D. Del. LR 16.4, counsel hereby certify that a copy of this stipulation setting forth the requested amendments to the Scheduling Order was sent to their respective clients prior to submission to the Court.

Dated:  October 25, 2024

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Sara M. Metzler*
Steven J. Fineman (No. 4025)
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC*

SO ORDERED this _____ day of October 2024.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge