# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>                          Plaintiff,<br><br>    v.<br><br>RE SECURED NETWORKS, LLC,<br><br>                          Defendant. | C.A. No. 24-187-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER REGARDING THE TIME TO SERVE RESPONSIVE CONSTRUCTIONS

Plaintiff OmniVision Technologies, Inc. and Defendant RE Secured Networks, LLC hereby stipulate and agree, through their undersigned counsel and subject to the approval of the Court, that the following deadline is extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange responsive proposed constructions | Feb. 20, 2025 | Feb. 25, 2025 |

All other provisions of the Scheduling Order (D.I. 35) and deadlines amended by stipulation (D.I. 56) remain unchanged.

Dated: February 20, 2025

| | |
|---|---|
| BENESCH FRIEDLANDER<br> COPLAN & ARONOFF LLP<br><br>/s/ *Kristen Healey Cramer*<br>Kristen Healey Cramer (No. 4512)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>(302) 442-7010<br>kcramer@beneschlaw.com<br><br>RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>/s/ *Jennifer P. Siew*<br>Anne Shea Gaza (No. 4093)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600 |

| | |
|---|---|
| Steven J. Fineman (No. 4025) <br> Kelly E. Farnan (No. 4395) <br> Sara M. Metzler (No. 6509) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> fineman@rlf.com <br> farnan@rlf.com <br> metzler@rlf.com <br><br> *Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.* | agaza@ycst.com <br> pkraman@ycst.com <br> jsiew@ycst.com <br><br> *Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC* |

SO ORDERED this _____ day of February 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge