# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>RE SECURED NETWORKS, LLC,<br><br>                          Defendant. | C.A. No. 24-187-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER REGARDING THE TIME TO FILE JOINT CLAIM CONSTRUCTION CHART

Plaintiff OmniVision Technologies, Inc. and Defendant RE Secured Networks, LLC hereby stipulate and agree, through their undersigned counsel and subject to the approval of the Court, that the following deadline is extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| File Joint Claim Construction Chart | March 6, 2025 | March 12, 2025 |

All other provisions of the Scheduling Order (D.I. 35) and deadlines amended by stipulation (D.I. 56) remain unchanged.

Dated: March 5, 2025

BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP

/s/ *Kristen Healey Cramer*
Kristen Healey Cramer (No. 4512)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
kcramer@beneschlaw.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Jennifer P. Siew*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

RICHARDS, LAYTON & FINGER, P.A.

Steven J. Fineman (No. 4025)
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*

agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC*

SO ORDERED this _____ day of March 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge