# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RE SECURED NETWORKS, LLC, <br><br> Defendant. | C.A. No. 24-187-JLH-CJB <br><br> **JURY TRIAL DEMANDED** |

## RE SECURED NETWORKS, LLC'S UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Defendant RE Secured Networks, LLC ("RE Secured") hereby moves to amend the Scheduling Order (D.I. 35) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| File Joint Claim Construction Chart | Mar. 12, 2025 | Mar. 20, 2025 |
| Opening claim construction brief | Mar. 20, 2025 | Mar. 27, 2025 |
| Answering claim construction brief | Apr. 10, 2025 | Apr. 17, 2025 |
| Reply claim construction brief | Apr. 24, 2025 | May 1, 2025 |
| Sur-reply claim construction brief | May 1, 2025 | May 8, 2025 |
| Joint claim construction brief | May 7, 2025 | May 14, 2025 |
| Response to claim construction tutorial | May 14, 2025 | May 21, 2025 |
| Claim construction hearing | June 24, 2025 | No change |

All other provisions of the Scheduling Order remain unchanged. Plaintiff OmniVision Technologies, Inc. does not oppose Re Secured's proposed amendments.

| | |
|---|---|
| Dated: March 11, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | */s/ Jennifer P. Siew* |
| | Anne Shea Gaza (No. 4093) |
| **SCHULTE ROTH & ZABEL LLP** | Pilar G. Kraman (No. 5199) |
| Timothy K. Gilman | Jennifer P. Siew (No. 7114) |
| Christopher M. Gerson | Rodney Square |
| Amanda Sewanan | 1000 North King Street |
| 919 Third Avenue | Wilmington, DE 19801 |
| New York, NY 10022 | (302) 571-6600 |
| (212) 756-2000 | agaza@ycst.com |
| tim.gilman@srz.com | pkraman@ycst.com |
| chris.gerson@srz.com | jsiew@ycst.com |
| amanda.sewanan@srz.com | |
| | *Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC* |

SO ORDERED this _____ day of March 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Steven J. Fineman
Kelly E. Farnan
Sara M. Metzler
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

Kristen Healey Cramer
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
kcramer@beneschlaw.com

*Attorneys for Plaintiff Omnivision Technologies, Inc.*

David H. Bluestone
Samuel J. Ruggio
Charles M. McMahon
Thomas M. DaMario
Carlton J Hemphill
Kathleen Lynch
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
dbluestone@beneschlaw.com
sruggio@beneschlaw.com
cmcmahon@beneschlaw.com
tdamario@beneschlaw.com
chemphill@beneschlaw.com
klynch@beneschlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant RE Secured Networks, LLC*