**Exhibit A: Disputed Constructions**

|   | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 1. | *Preambles ("an image sensor integrated circuit")* | | | | | |
|   | an image sensor integrated circuit | 671: 1<br><br>145: 1<br><br>274: 1 | (Preamble is not limiting)<br>An image sensor fabricated on an integrated circuit | '671 Patent<br>Claims 1, 14; Abstract, 1:31-37, 2:13-29, 4:6-14, 6:3-10; Figs. 1, 2, 5, 6, 7, 8<br><br>'145 Patent<br>Claims 1, 12; Abstract, 1:32-35, 2:18-37, 4:12-19, 6:8-14; Figs. 1, 2, 5, 6, 7, 8<br><br>'274 Patent<br>Claims 1, 11; Abstract, 1:32-35, 2:13-32, 4:9-16; Figs. 1, 2, 5, 6, 7, 8 | (Preamble is limiting)<br><br>An image sensor formed in a single integrated circuit | '671 patent at 1:30-39, 1:44-50, 4:21-27, 6:3-9, 7:24-34, 14:52-15:1, Claims 1, 5, 6, 10, 14, Abstract<br><br>'145 patent at 1:31-40, 1:44-50, 4:26-32, 6:7-14, 7:22-31, 14:39-54, Claim 1, 12, Abstract<br><br>'274 patent at 1:31-40, 1:44-50, 4:23-29, 6:5-12, 7:21-30, 14:39-53, Claim 1, 11, Abstract |
|   | A computer readable medium containing a description of an image sensor | 14 | (Preamble is not limiting)<br>A computer readable medium containing a description of an image | '671 Patent<br>Claims 1, 14; Abstract, 1:31-37, 2:13-29, 4:6-14, 6:3-10; Figs. 1, 2, 5, 6, 7, 8 | (Preamble is limiting)<br><br>A computer readable medium containing a description of an image sensor formed in a | |

| | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | integrated circuit | | sensor fabricated on an integrated circuit | | single integrated circuit | |
| | A computer readable description of an image sensor integrated circuit | 145: 12<br><br>274: 11 | (Preamble is not limiting)<br>A computer readable medium containing a description of an image sensor fabricated on an integrated circuit | '145 Patent<br>Claims 1, 12; Abstract, 1:32-35, 2:18-37, 4:12-19, 6:8-14, 16:60-64, 17:11-15; Figs. 1, 2, 5, 6, 7, 8<br><br>'274 Patent<br>Claims 1, 11; Abstract, 1:32-35, 2:13-32, 4:9-16, 16:60-64, 17:11-15; Figs. 1, 2, 5, 6, 7, 8 | (Preamble is limiting)<br><br>A computer readable medium containing a description of an image sensor formed in a single integrated circuit | |
| 2. | coupling the plurality of nodes to the row and column circuitry | 671: 1, 14<br><br>145: 1, 12<br><br>274: 1, 11 | Needs no construction | '671 Patent<br>Claims 1, 14; 1:37-44; 2:20-21, 4:6-14, 16:1-5, 16:17-21; Figs. 1, 2, 35<br><br>'145 Patent<br>Claims 1, 12; 1:38-44, 2:31-33, 4:12-25, 9:63-67, 15:51-56, 16:1-5; Figs. 1, 2, 35<br><br>'274 Patent<br>Claims 1, 11; 1:38-44, | Plain and ordinary meaning, which requires coupling the plurality of nodes to row circuitry <u>and</u> column circuitry, not row <u>or</u> column circuitry | '671 patent, 1:37-44, 4:6-20, 5:66-6:2, 9:18-10: 6, 16:1-5, 19-21, Figs. 1, 2, 35<br><br>'145 patent, 1:37-44, 4:12-25, 6:4-7, 9:25-66, 15:53-57, 16:1-5, Figs. 1, 2, 35<br><br>'274 patent, 1:37-44, 4:9-22, 6:1-4, 9:11-67, 15:53-59; 16:1-5, Figs. |

2

|  | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
|  |  |  |  | 2:26-27, 4:13, 9:63-67, 15:51-56, 16:1-5; Figs. 1, 2, 35 |  | 1, 2, 35 |
| 3. | variable voltage circuitry | 1, 14 | Plain and ordinary meaning, *i.e.*, circuitry in which the voltage can be adjusted | '671 Patent Claims 1, 14; 2:5-12, 2:13-26, 4:15-20, 6:64-7:34, 9:62-66, 10:45-51, 11:32-40, 11:63-67, 14:50-15:6, 16:27-30, 17:3-8, 17:17-21, 17:37-42; Figs. 1, 2, 5, 6, 7, 8 | Plain and ordinary meaning, which is circuitry that provides adjustable analog voltage levels for the control signal | '671 patent, 2:5-12, 23-26, 2:60-67, 4:15-20, 6:38-51, 7:4-42, 8:40-10:6, 45-58, 63-67, 11:63-67, 14:50-15:6, Figs 1, 2, 9-12, Claims 1, 5, 14, 18<br><br>Joint Appx. at 579 |
| 4. | *"tending to"* |  |  |  |  |  |
|  | an electric field tending to repel the electrons from a portion of the body by the control terminal | 1, 12 | Not indefinite | '145 Patent Claims 1, 12; 2:13-17, 2:23-30, 14:1-13<br><br>U.S. Patent No. 11/026,582, File History, 07/09/08 Amendment/Response to Office Action (Joint Appx. at 473-475)<br><br>U.S. Patent No. 11/026,582, File History, 04/07/09 Final | Indefinite | '145 Patent at 2:6-29, 13:46-14:36<br><br>Joint Appx. at 481-487, 490-491, 494-499. |

3

| | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | Office Action (Joint Appx. at 481-487) U.S. Patent No. 11/026,582, File History, 06/22/09 Pre-Appeal Brief Request for Review (Joint Appx. at 490-491) U.S. Patent No. 11/026,582, File History, Notice of Panel Decision from Pre-Appeal Brief Review (Joint Appx. at 494) U.S. Patent No. 11/026,582, File History, Notice of Allowance/Allowability (Joint Appx. at 494-499) | | |
| | an electric field in the body tending to cause electrons in the body to move in a direction from the first terminal to | 1, 11 | Not indefinite | '274 Patent Claims 1, 11; 2:21-24, 7:6-13, 8:25-28 U.S. Pat. App. No. 11/026,278, File History, 9/27/07 Non- | Indefinite | '274 Patent at 2:6-29, 13:46-14:36 Joint Appx. at 481-487, 490-491, 494-499. |

4

| | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | the second terminal | | | Final Office Action (Joint Appx. at 207-212) <br><br> U.S. Pat. App. No. 11/026,278, File History, Amendment in Response to 9/27/07 Non-Final Office Action (Joint Appx. at 216-224) <br><br> U.S. Patent No. 11/026,278, File History, Notice of Allowance/Allowability (Joint Appx. at 228-231) | | |
| 5. | a plurality of p-type regions having a concentration stronger than a background p-type concentration of the plurality of transfer devices | 1, 12 | Plain and ordinary meaning, *i.e.*, a plurality of p-type regions having a concentration of p-type dopants higher than a background p-type concentration of the plurality of transfer devices | '145 Patent Claims 1, 12; 5:21-23, 8:22-33, 6:18-58, 10:31-34, 11:20-31, 11:32-12:4, 12:19-49, 14:51-15:14, 15:15-19; Figs. 13, 14, 15, 32, 33, 34 | Indefinite | '145 Patent at 1:8-27, 12:1-4, 17:60-18:6 <br><br> Joint Appx. at 301, 328-29 |
| 6. | control terminal having a non- | 1, 11 | Not indefinite | '274 Patent Claims 1, 2, 3, 11; 2:9- | Indefinite | '274 patent at 13:46- |

5

| | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | constant work function | | | 12, 13:46-14:36; Fig. 33<br><br>U.S. Pat. App. No. 11/026,278, File History, 9/27/07 Non-Final Office Action (Joint Appx. at 207-212)<br><br>U.S. Pat. App. No. 11/026,278, File History, Amendment in Response to 9/27/07 Non-Final Office Action (Joint Appx. at 216-224)<br><br>U.S. Patent No. 11/026,278, File History, Notice of Allowance/Allowability (Joint Appx. at 228-231) | | 14:36<br><br>Joint Appx. at 217, 219-20, 223-24 |
| 7. | Color interpolation circuit / combining the first, second, third, and fourth digital signals | | | | | |

| | Term / Phrases | Claims | RE Secured's Proposed Construction | RE Secured's Intrinsic Evidence | OmniVision's Proposed Construction | OmniVision's Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | a color interpolation circuit for combining the first, second, third, and fourth digital signals | 1 | Plain and ordinary meaning, *i.e.*, a color interpolation circuit for combining the first, second, third, and fourth digital signals (where not all four digital signals necessarily need to be combined for each pixel) | '651 Patent Claims 1, 18; Abstract, 2:1-4, 2:18-23, 3:30-38, 5:13-27, 5:44-46, 6:2-3, 7:50-60, 8:18-19; Figs. 1-3 | Plain and ordinary meaning, which is hardware that combines the first, second, third, and fourth digital signals to provide an interpolated color value | '651 patent at 1:5-11, 26-31, 2:65-3:1, 3:1-9, 30-38, 66-67, 5:13-6:6, 6:42-44, 58-61, 7:57-61, Figs. 1-3, Abstract, Claims 1, 4, 5, 10, 11, 14, 15, 18 and 21. |
| | combining the first, second, third, and fourth digital signals using a color interpolation circuit | 18 | Plain and ordinary meaning, *i.e.*, combining the first, second, third, and fourth digital signals (where not all four digital signals necessarily need to be combined for each pixel) | '651 Patent Claims 1, 18; Abstract, 2:1-4, 2:18-23, 3:30-38, 5:13-27, 5:44-46, 6:2-3, 7:50-60, 8:18-19; Figs. 1-3 | Plain and ordinary meaning, which is combining the first, second, third, and fourth digital signals using hardware to provide an interpolated color value | '651 patent at 1:5-11, 26-31, 2:65-3:1, 3:1-9, 30-38, 66-67, 5:13-6:6, 6:42-44, 58-61, 7:57-61, Figs. 1-3, Abstract, Claims 1, 4, 5, 10, 11, 14, 15, 18 and 21. |