# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> RE SECURED NETWORKS, LLC, <br><br> Defendant. | Case No. 1:24-cv-00187-JLH <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF OMNIVISION TECHNOLOGIES, INC.'S
### MOTION FOR CLAIM CONSTRUCTION

Plaintiff OmniVision Technologies, Inc. ("OmniVision") respectfully requests that the Court adopt OmniVision's claim construction positions as set forth in the Joint Claim Construction Chart (D.I. 78).

[*Signature block on following page.*]

Dated: May 14, 2025

OF COUNSEL:

David H. Bluestone (admitted *pro hac vice*)
Charles M. McMahon (admitted *pro hac vice*)
Samuel J. Ruggio (admitted *pro hac vice*)
Thomas M. DaMario (admitted *pro hac vice*)
Kathleen M. Lynch (admitted *pro hac vice*)
Carlton J Hemphill (admitted *pro hac vice*)
BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 212-4949
dbluestone@beneschlaw.com
cmcmahon@beneschlaw.com
sruggio@beneschlaw.com
tdamario@beneschlaw.com
klynch@beneschlaw.com
chemphill@beneschlaw.com

Respectfully submitted,

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcramer@beneschlaw.com

Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*