

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Jennifer P. Siew**
P 302.571.6563
jsiew@ycst.com

June 16, 2025

**VIA CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:   *Omnivision Technologies, Inc. v. RE Secured Networks, LLC*
             C.A. No. 24-187-JLH-CJB

Dear Judge Burke:

      Pursuant to the Court's May 16, 2025, Oral Order (D.I. 92), OmniVision Technologies, Inc. ("OmniVision") and RE Secured Networks, LLC ("RE Secured") (collectively, the "Parties") provide the following information requested by the Court.

      The Parties, including lead and Delaware counsel, met and conferred on Thursday, June 12, 2025, via a Zoom audio conference to determine if further agreements could be reached or any further disputes could be narrowed prior to the *Markman* hearing—currently in the process of being rescheduled from June 24, 2025. The following attorneys for OmniVision participated in the meet and confer: David Bluestone, Kristen Cramer, and Kathleen Lynch of Benesch, Friedlander, Coplan & Aronoff LLP. The following attorneys for RE Secured participated in the meet and confer: Timothy Gilman, Christopher Gerson, and Amanda Sewanan of Schulte Roth & Zabel LLP, and Jennifer P. Siew of Young Conaway Stargatt & Taylor, LLP. The conference lasted a total of approximately thirty-nine minutes. The Parties were unable to reach any further agreements on the terms in dispute but will continue to confer in good faith to explore potential compromises in advance of the rescheduled *Markman* hearing.

Hon. Christopher J. Burke
C.A. No. 24-187-JLH-CJB
Page 2

      Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

      Respectfully,

      */s/ Jennifer P. Siew*

      Jennifer P. Siew (No. 7114)

cc: All counsel of Record (via e-mail)