# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-187-JLH-CJB |
| RE SECURED NETWORKS, LLC, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2025, the following document was served on the counsel listed below in the manner indicated:

1) *Defendant RE Secured Networks, LLC's Second Set of Interrogatories to Plaintiff OmniVision Technologies, Inc. (Nos. 7-19)*

**BY EMAIL:**

Steven J. Fineman
Kelly E. Farnan
Sara M. Metzler
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

Kristen Healey Cramer
Noelle B. Torrice
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

David H. Bluestone
Samuel J. Ruggio
Charles M. McMahon
Thomas M. DaMario
Carlton J. Hemphill
Kathleen Lynch
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
dbluestone@beneschlaw.com
sruggio@beneschlaw.com
cmcmahon@beneschlaw.com
tdamario@beneschlaw.com
chemphill@beneschlaw.com
klynch@beneschlaw.com

*Attorneys for Plaintiff OmniVision Technologies, Inc.*

PLEASE TAKE FURTHER NOTICE that on August 19, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: August 19, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel:* | */s/ Jennifer P. Siew* |
| | Anne Shea Gaza (No. 4093) |
| KASOWITZ LLP | Pilar G. Kraman (No. 5199) |
| Timothy K. Gilman | Jennifer P. Siew (No. 7114) |
| Robert S. Pickens | Rodney Square |
| Daniel Apgar | 1000 North King Street |
| Amanda Sewanan | Wilmington, DE 19801 |
| 1633 Broadway | (302) 571-6600 |
| New York, NY 10019 | agaza@ycst.com |
| (212) 506-1700 | pkraman@ycst.com |
| tgilman@kasowitz.com | jsiew@ycst.com |
| rpickens@kasowitz.com | |
| dapgar@kasowitz.com | *Attorneys for Defendant RE Secured Networks, LLC* |
| asewanan@kasowitz.com | |