**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RE SECURED NETWORKS, LLC, <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 24-187-JLH-CJB <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER
TO FURTHER AMEND SCHEDULING ORDER**

WHEREAS, Plaintiff and Counterclaim Defendant OmniVision Technologies, Inc. has represented to Defendant and Counterclaim Plaintiff RE Secured Networks, LLC that recent discovery of an issue impacting OmniVision's retained expert necessitates changes to the current schedule for expert discovery;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order, as amended (D.I. 35, 56, 76, 142, 175), is further amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | Jan. 7, 2026 | Feb. 6, 2026 |
| Reply Expert Reports | Jan. 27, 2026 | Mar. 4, 2026 |
| Deadline to Notify Court of Remaining Claim Construction Issues (D.I. 110) | Feb. 3, 2026 | Feb. 13, 2026 |
| Close of Expert Discovery | Feb. 10, 2026 | Mar. 20, 2026 |
| Dispositive Motions | Feb. 24, 2026 | Apr. 3, 2026 |
| Answering Briefs regarding Dispositive Motions | Mar. 17, 2026 | Apr. 21, 2026 |
| Reply Briefs regarding Dispositive Motions | Mar. 26, 2026 | Apr. 30, 2026 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Hearing regarding Case Dispositive Motions | July 9, 2026 | Unchanged |

All other provisions of the Scheduling Order, as amended (D.I. 35, 56, 76, 142, 175), remain unchanged.

Pursuant to Local Rule 16.4, the undersigned counsel hereby certify that a copy of this Joint Stipulation and [Proposed] Order to Amend Scheduling Order has been sent to their respective clients, making the clients aware of this request for an extension of the deadline for completion of expert discovery.

Dated: December 31, 2025

BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP

/s/ *Kristen Healey Cramer*
Kristen Healey Cramer (No. 4512)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
kcramer@beneschlaw.com

RICHARDS, LAYTON & FINGER, P.A.

Steven J. Fineman (No. 4025)
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-*
*Defendant OmniVision Technologies, Inc.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Jennifer P. Siew*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-*
*Plaintiff RE Secured Networks, LLC*

2

SO ORDERED this _____ day of _____ 2025.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge