## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RE SECURED NETWORKS, LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 24-187-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the Court ordered the Parties to advise the Court of any remaining claim construction disputes "not later than 21 days prior to the summary judgment motion filing deadline" (D.I. 110);

WHEREAS, the Parties stipulated to amend the case schedule, setting an April 3, 2026 deadline for summary judgment motions (D.I. 194; January 2, 2026 Oral Order);

WHEREAS, 21 days prior to the deadline for summary judgment motions is March 13, 2026;

WHEREAS, the current deadline for the parties to advise the Court of any remaining claim construction disputes is February 13, 2026 (*id.*); and

WHEREAS, the Parties need additional time to meet and confer on the remaining claim construction disputes;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for the Parties to meet and confer and advise the Court of the remaining claim construction disputes is extended to and including February 27, 2026.

Dated: February 13, 2026

BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP

/s/ *Kristen Healey Cramer*
Kristen Healey Cramer (No. 4512)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
kcramer@beneschlaw.com

RICHARDS, LAYTON & FINGER, P.A.

Steven J. Fineman (No. 4025)
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-
Defendant OmniVision Technologies, Inc.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Jennifer P. Siew*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-
Plaintiff RE Secured Networks, LLC*

SO ORDERED this _____ day of _____ 2026.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge