# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> RE SECURED NETWORKS, LLC, <br><br> Defendant and Counterclaim-Plaintiff. | C.A. No. 24-187-JLH-CJB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC to file its response to Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.'s Rule 72 Objections to the Report and Recommendation Regarding Claim Construction (D.I. 201) is extended to and including February 18, 2026.

Dated: February 17, 2026

| | |
|---|---|
| BENESCH FRIEDLANDER <br>  COPLAN & ARONOFF LLP <br><br> /s/ *Kristen Healey Cramer* <br> Kristen Healey Cramer (No. 4512) <br> 1313 North Market Street, Suite 1201 <br> Wilmington, DE 19801 <br> (302) 442-7010 <br> kcramer@beneschlaw.com <br><br> RICHARDS, LAYTON & FINGER, P.A. <br><br> Steven J. Fineman (No. 4025) <br> Kelly E. Farnan (No. 4395) | YOUNG CONAWAY STARGATT & <br> TAYLOR, LLP <br><br> /s/ *Jennifer P. Siew* <br> Anne Shea Gaza (No. 4093) <br> Pilar G. Kraman (No. 5199) <br> Jennifer P. Siew (No. 7114) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> pkraman@ycst.com <br> jsiew@ycst.com |

34024924.1

Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*

*Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC*

 

SO ORDERED this _____ day of _____ 2026.

 

_____
J.