# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMNIVISION TECHNOLOGIES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RE SECURED NETWORKS, LLC,<br><br>Defendant and Counterclaim Plaintiff. | C.A. No. 24-187-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff OmniVision Technologies, Inc. and Defendant RE Secured Networks, LLC, through their undersigned counsel and subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Serve Reply Expert Reports | March 4, 2026 | March 6, 2026 |
| File Responsive Letter to Plaintiff's Motion to Strike (D.I. 226) | March 6, 2026 | March 11, 2026 |
| File Reply Letter in Support of Plaintiff's Motion to Strike (D.I. 226) | March 9, 2026 | March 16, 2026 |

All other provisions of the Scheduling Order, as amended (D.I. 35, 56, 76, 142, 175, 194), remain unchanged.

Dated: March 2, 2026

| | |
|---|---|
| BENESCH FRIEDLANDER<br> COPLAN & ARONOFF LLP<br><br>/s/ *Kristen Healey Cramer*<br>Kristen Healey Cramer (No. 4512)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>/s/ *Jennifer P. Siew*<br>Anne Shea Gaza (No. 4093)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114) |

1

(302) 442-7010
kcramer@beneschlaw.com

RICHARDS, LAYTON & FINGER, P.A.

Steven J. Fineman (No. 4025)
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-Defendant OmniVision Technologies, Inc.*

Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC*

SO ORDERED this _____ day of March 2026.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge