## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OMNIVISION TECHNOLOGIES, INC.,

      Plaintiff and Counterclaim-
Defendant,

      v.

RE SECURED NETWORKS, LLC,

      Defendant and Counterclaim-
Plaintiff.

C.A. No. 24-187-JLH-CJB

**RE SECURED NETWORKS, LLC'S MOTION FOR TELECONFERENCE REGARDING MOTION TO STRIKE PORTIONS OF THE OPENING AND REPLY EXPERT REPORTS OF DR. R. JACOB BAKER**

Dated: April 13, 2026

*Of Counsel*:

KASOWITZ LLP
Timothy K. Gilman
Robert S. Pickens
Daniel Apgar
Amanda Sewanan
1633 Broadway
New York, NY 10019
(212) 506-1700
tgilman@kasowitz.com
rpickens@kasowitz.com
dapgar@kasowitz.com
asewanan@kasowitz.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-
Plaintiff RE Secured Networks, LLC*

Dear Judge Burke,

Pursuant to paragraph 9(c) of the Scheduling Order (D.I. 35), Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC ("Defendant") respectfully moves this Court to resolve Defendant's Motion to Strike Portions of the Opening and Reply Expert Reports of Dr. R. Jacob Baker.  *See* D.I. 246, 247, 274, 275, 285.  Counsel are available at the Court's convenience.

Dated: April 13, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel*:

**KASOWITZ LLP**
Timothy K. Gilman
Robert S. Pickens
Daniel Apgar
Amanda Sewanan
1633 Broadway
New York, NY 10019
(212) 506-1700
TGilman@kasowitz.com
RPickens@kasowitz.com
DApgar@kasowitz.com
ASewanan@kasowitz.com

/s/ Jennifer P. Siew
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant/Counterclaimant*
*RE Secured Networks, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Steven J. Fineman
Kelly E. Farnan
Sara M. Metzler
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

Kristen Healey Cramer
Noelle B. Torrice
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Plaintiff OmniVision
Technologies, Inc.*

David H. Bluestone
Samuel J. Ruggio
Charles M. McMahon
Thomas M. DaMario
Carlton J. Hemphill
Kathleen Lynch
Kathleen Watson Moss
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
dbluestone@beneschlaw.com
sruggio@beneschlaw.com
cmcmahon@beneschlaw.com
tdamario@beneschlaw.com
chemphill@beneschlaw.com
klynch@beneschlaw.com
kwatsonmoss@beneschlaw.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*

Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant RE Secured Networks,
LLC*