**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| OMNIVISION TECHNOLOGIES, INC., | C.A. No. 24-187-JLH-CJB |
| Plaintiff and Counterclaim-Defendant, | |
| v. | **JURY TRIAL DEMANDED** |
| RE SECURED NETWORKS, LLC, | |
| Defendant and Counterclaim-Plaintiff. | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that the deadline to file the redacted versions of Defendant and Counterclaim-Plaintiff RE Secured Networks, LLC's 1) Reply Letter Brief in Support of its Motion to Strike the Opening and Reply Expert Reports of Dr. R. Jacob Baker (D.I. 285); and 2) Letter Brief in Opposition to OmniVision's Motion to Strike Portions of the Reply Expert Report of Stephen Holzen and the Declaration of Robert S. Pickens submitted therewith (D.I. 287, 288) is extended to and including April 22, 2026.

Dated: April 20, 2026

| | |
|---|---|
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Kristen Healey Cramer* | /s/ *Jennifer P. Siew* |
| Kristen Healey Cramer (No. 4512) | Anne Shea Gaza (No. 4093) |
| 1313 North Market Street, Suite 1201 | Pilar G. Kraman (No. 5199) |
| Wilmington, DE 19801 | Jennifer P. Siew (No. 7114) |
| (302) 442-7010 | Rodney Square |
| kcramer@beneschlaw.com | 1000 North King Street |
| | Wilmington, DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | (302) 571-6600 |
| Steven J. Fineman (No. 4025) | agaza@ycst.com |
| Kelly E. Farnan (No. 4395) | pkraman@ycst.com |

Sara M. Metzler (No. 6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff and Counterclaim-
Defendant OmniVision Technologies, Inc.*

jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-
Plaintiff RE Secured Networks, LLC*

SO ORDERED this _____ day of _____ 2026.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge

2